UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE          ) | |
| EXTRADITION OF CRISTIAN   )   | DOCKET NO.  17-mj-04218-DHH |
| STARLING AGUASVIVAS        ) | |
| )                                           | |

ASSENTED-TO MOTION TO FILE DOCUMENTS

Undersigned counsel respectfully moves this Honorable Court for leave to file the attached documents in the above-captioned matter.

As grounds for this motion counsel wishes to supplement the record to confirm that the complaint in this matter was dismissed.

Theodore Heinrich, the Assistant United States Attorney assigned to this matter, assents to this request.

Respectfully submitted,

CRISTIAN STARLING AGUASVIVAS,
by his attorney,

*/s/ Oscar Cruz*
Assistant Federal Public Defender
B.B.O. #670501
FEDERAL PUBLIC DEFENDER OFFICE
P.O. 51268
Boston, MA 02205
617-223-8061

Certificate of Service

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on May 21, 2021.

*/s/ Oscar Cruz*
Assistant Federal Public Defender